IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC, on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) ) | 12 CV 2003 |
| v. | ) ) | Honorable Judge Feinerman |
| MISSION PHARMACAL COMPANY; STAYMA CONSULTING SERVICES, LLC; LYNROSE LABS, LLC; and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action with prejudice and without costs. This dismissal does not in any way affect the claims of the putative class in this action.

Respectfully submitted,

**PLAINTIFF**

GLEN ELLYN PHARMACY, INC.,

s/Dulijaza Clark
By One of its attorneys
Daniel Edelman
Julie Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANTS**

STAYMA CONSULTING SERVICES, LLC, and LYNROSE LABS, LLC

s/ David S. Almeida
By one of its attorneys
David S. Almeida
David M. Poell
Sedgwick, LLP
One North Wacker Dr., Ste. 4200
Chicago, IL 60606
312-641-9050

## CERTIFICATE OF SERVICE

       I, Dulijaza Clark, certify that on August 15, 2012, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

    **Bart Thomas Murphy**
    bart.murphy@icemiller.com
    **Thomas J. Hayes**
    thomas.hayes@icemiller.com
    **David S. Almeida**
    David.Almeida@sedgwicklaw.com


                                              s/ Dulijaza Clark
                                              Dulijaza (Julie) Clark



Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)