UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Glen Ellyn Pharmacy, Inc.
                            Plaintiff,

v.                          Case No.: 1:12−cv−02003
                            Honorable Gary Feinerman

Mission Pharmacal Company, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 17, 2012:

    MINUTE entry before Honorable Gary Feinerman: The parties having filed a stipulation to dismiss with prejudice [41], the 10/17/2012 status hearing is stricken. Motion [20] is denied without prejudice as moot. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.